**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON STEWART, | Civil Case No.: 1:17-cv-12020 (JBS)(AMD) |
| Plaintiff(s), | |
| -against- | **CIVIL ACTION** |
| AR RESOURCES, INC., and JOHN DOES 1-25, | **FIRST AMENDED NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant(s). | |

**PLEASE TAKE NOTICE** that the Plaintiff, pursuant to Rule 41, of the Federal Rules of Civil Procedure, does hereby withdraw this action, *on consent*, with prejudice against AR RESOURCES, INC. and JOHN DOES 1-25.

Dated: April 9, 2020

*/s/ Benjamin J. Wolf*               */s/ Mark Fischer*
Jones, Wolf & Kapasi, LLC         High Schwartz, LLP
Benjamin J. Wolf, Esq.            Mark R. Fischer, Jr.  Esq.
One Grand Central Place           40 East Airy Street
60 East 42nd Street, 46th Floor   Norristown, PA  19404
New York, New York 10165          (610) 275-0700 telephone
(646) 459 7971 telephone          mfischer@highswartz.com
bwolf@legaljones.com              *Attorneys for Defendant*
*Attorneys for Plaintiff*